UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LDM TECHNOLOGIES, INC.,
a Michigan Corporation,

    Plaintiff,

Case No. **02-73520**

**VICTORIA A. ROBERTS**

-vs-

Removed from Oakland County
Circuit Court, Case No. 02-042797-CZ

ROWEN WATERS GROUP, L.L.C., a Michigan
Corporation, **MICHAEL PICKHOLZ**, an
Individual; and **PAUL RAZGUNAS**, an Individual,

**MAGISTRATE JUDGE SCHEER**

    Defendants.
_____/

HARNESS, DICKEY & PIERCE, P.L.C.
BY:   GEORGE D. MOUSTAKAS, (P-41631)
       DAVID A. McCLAUGHRY, (P-48816)
       DEAN W. AMBURN, (P-46427)
Attorneys for Plaintiff/Counter-Defendant
5445 Corporate Drive, Suite 400
Troy, Michigan 49809
☎ (248) 641-1600
📠 (248) 641-0270

SOMMERS, SCHWARTZ, SILVER & SCHWARTZ, P.C.
BY:   DONALD J. GASIOREK, (P-24987)
       ANDREW KOCHANOWSKI, (P-55117)
       BRADLEY W. BUTCHER, (P-63911)
Attorneys for Defendants/Counter-Plaintiffs
2000 Town Center, Suite 900
Southfield, Michigan 48075
☎ (248) 355-0300
📠 (248) 936-2130
_____/

## NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT

TO: George D. Moustakas, (P-41631)
David A. McClaughry, (P-48816)
Dean W. Amburn, (P-46427)
HARNESS, DICKEY & PIERCE, P.L.C.
Attorneys for Plaintiff/Counter-Defendant
5445 Corporate Drive, Suite 400
Troy, Michigan 49809

Honorable Gene Schnelz
1200 N. Telegraph Road
Pontiac, Michigan 48341

Judges of the Oakland County Circuit Court
1200 N. Telegraph Road
Pontiac, Michigan 48341

Judges of the United States District Court
Eastern District of Michigan
Theodore Levin United States Courthouse
231 West Lafayette Boulevard
Detroit, Michigan 48226

**PLEASE TAKE NOTICE** that Defendants, ROWEN WATERS GROUP, L.L.C., MICHAEL PICKHOLZ, and PAUL RAZGUNAS have removed this action to the United States District Court for the Eastern District of Michigan pursuant to 28 U.S.C. §§ 1331, 1338, 1367, 1441, and 1446. In support of the removal of this action, the Defendants state the following:

1. On August 2, 2002, Plaintiff, LDM TECHNOLOGIES, INC. ("LDM") commenced a civil action against Defendants, ROWEN WATERS GROUP, L.L.C., MICHAEL PICKHOLZ, and PAUL RAZGUNAS (collectively "ROWEN"), in the Oakland County Circuit Court, Case No. 02-042797-CZ.

2. On or about August 12, 2002, ROWEN was served with a Summons and a copy of LDM's Complaint. (Copies of the Summons and Complaint are attached as Exhibit "A").

3. LDM asserts claims against ROWEN for the following:

   a. Misappropriation of Trade Secrets;

2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

# SEE CASE FILE FOR ADDITIONAL DOCUMENTS OR PAGES THAT WERE NOT SCANNED